# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-50851
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**
September 23, 2024

Lyle W. Cayce
Clerk

United States of America,

Plaintiff—Appellee,

versus

Alejandro Aguilar-Sanchez,

Defendant—Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:21-CR-42-1

_____

Before Higginbotham, Jones, and Oldham, Circuit Judges.

Per Curiam:*

The attorney appointed to represent Alejandro Aguilar-Sanchez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Aguilar-Sanchez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50851

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.